1  SCOTT + SCOTT, LLC
   ARTHUR L. SHINGLER III (181719)
2  600 B Street, Suite 1500
   San Diego, CA  92101
3  Telephone:  619.233.4565
   Facsimile:   619.233.0508
4
   Counsel for Plaintiff
5

6

7

8

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12
   _____          CASE NO.:  06-cv-03468-MEJ
13                                          )
   MANFRED HACKER,                          )
14                                          )
                                            )
15           Plaintiff,                      )
                                            )
16  vs.                                      )     STIPULATION AND [PROPOSED]
                                            )     ORDER RE FILING AMENDED
17  DAVID PETERSCHMIDT; DONALD               )     COMPLAINT
    LISTWIN; JOSHUA PACE; STEVEN PETERS;     )
18  AL SNYDER; SIMON WILKINSON;              )
    KENNETH DENMAN; BO HEDFORS;              )
19  GERALD HELD; MASOOD JABBAR;              )
20  BERNARD PUCKETT,                         )
                                            )
21           Defendants,                     )
                                            )
22           -and-                           )
                                            )
23  OPENWAVE SYSTEMS, INC.,                  )
                                            )
24           Nominal Defendant.              )
                                            )
25  _____ )

26

27

28
   Stipulation. and [Proposed] Order Re Filing
   Amended Complaint
   Case No. 06-cv-03467-MEJ

Dockets.Justia.com

1

**STIPULATION**

2
3       WHEREAS, the original Complaint in the above-captioned action was filed on May 30,
2006;

4
5       WHEREAS, by their respective undersigned counsel, each defendant accepts service of
the Complaint;

6
7       WHEREAS, pursuant to Federal Rules of Civil Procedure, Rule 15, plaintiff intends to
8 amend the Complaint;

9       WHEREAS, the parties have met and conferred concerning the filing of an Amended
10 Complaint and an appropriate schedule for defendants' responses thereto;

11      WHEREAS, the parties hereto believe this Stipulation is in the best interest of judicial
12 economy;
13
14      THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the
15 parties hereto, subject to approval of the Court:

16      A.      Plaintiff shall file and serve an Amended Complaint no later than July 17, 2006;

17      B.      Defendants shall file and serve their respective responses thereto no later than
18 August 18, 2006;

19      C.      Should any defendant's response be a motion to dismiss, plaintiff's opposition
20 thereto shall be filed and served no later than September 8, 2006; and
21
22      D.      Any reply in support to a motion to dismiss shall thereafter be filed and served no
23 later than September 15, 2006.

24 Dated: June 20, 2006                          By:___/s/ Garrett J. Waltzer_____

25                                              Garrett J. Waltzer ( 130764)
                                                SKADDEN, ARPS, SLATE,
26                                              MEAGHER & FLOM LLP
                                                525 University Avenue, Suite 1100
27                                              Palo Alto, CA 94301

28                                              Amy S. Park (208204)

Stipulation. and [Proposed] Order Re Filing          -1-
Amended Complaint
Case No. 06-cv-03468-MEJ

1
2
3

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA  90071-3144

4
5

Attorneys for Defendants Kenneth
Denman, Bo Hedfors, Masood Jabbar
and Bernard Puckett

6

7
8
9
10
11

Dated: June 20, 2006

By:   /s/ Lee H. Rubin_____

Lee H. Rubin, (141331)
Shirish Gupta, (205584)
MAYER, BROWN, ROWE
    & MAW LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306

12
13
14

Attorneys for Defendants Don
Listwin, Joshua Pace, Dave
Peterschmidt, Allen Snyder, Simon
Wilkinson

15

16
17
18

Dated: June 20, 2006

By:   /s/ Jeff K. Li_____

Jeff K. Li (186305)
OPENWAVE SYSTEMS, INC.
2100 Seaport Boulevard
Redwood City, CA  94063

19
20

Attorney for Defendant Openwave
Systems, Inc.

21

22
23
24
25

Dated: June 20, 2006

By:   /s/ Arthur L. Shingler III_____

Arthur L. Shingler III (181719)
SCOTT + SCOTT, LLC
600 B Street, Suite 1500
San Diego, CA  92101

26

Attorney for Plaintiff

27
28

Stipulation. and [Proposed] Order Re Filing          -2-
Amended Complaint
Case No. 06-cv-03468-MEJ

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Upon stipulation of the parties, and good cause appearing:

A.      Plaintiff shall file and serve an Amended Complaint no later than July 17, 2006;

B.      Defendants shall file and serve their respective responses thereto no later than August 18, 2006; and shall also file the magistrate judge consent/declination form at that time.

C.      Should any defendant's response be a motion to dismiss, plaintiff's opposition thereto shall be filed and served no later than September 8, 2006; and

D.      Any reply in support to a motion to dismiss shall thereafter be filed and served no later than September 15, 2006.

IT IS SO ORDERED.

                June 21, 2006
Dated: _____



1    I, Arthur L. Shingler III, am the ECF User whose identification and password are being

2    used to file this Stipulation and [Proposed] Order Re Filing Amended Complaint.  In compliance

3    with General Order 45.X.B, I hereby attest that each of the counsel executing the Stipulation has

4    concurred in this filing.

5

6    Dated:  June 20, 2006                                    SCOTT + SCOTT, LLC

7

8                                                             By: /s/ Arthur L. Shingler III
                                                                  Arthur L. Shingler III
9                                                             Attorneys for Plaintiffs

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28