| | |
|---|---|
| 1 | Ian N. Feinberg (SBN 88324) |
| | Lee H. Rubin (SBN 141331) |
| 2 | Shirish Gupta (SBN 205584) |
| | MAYER, BROWN, ROWE & MAW LLP |
| 3 | Two Palo Alto Square, Suite 300 |
| | Palo Alto, CA  94306-2112 |
| 4 | Telephone:     (650) 331-2000 |
| | Facsimile:      (650) 331-2060 |
| 5 | infeinberg@mayerbrownrowe.com |
| | lrubin@mayerbrownrowe.com |
| 6 | sgupta@mayerbrownrowe.com |

Attorneys for Defendants
DON LISTWIN, JOSHUA PACE,
STEVEN PETERS, DAVE PETERSCHMIDT,
ALLEN SNYDER, SIMON WILKINSON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA -SAN FRANCISCO DIVISION

| | |
|---|---|
| MANFRED HACKER, | CASE NO. 06-CV-03468 MEJ |
| Plaintiff, | **STIPULATED JOINDER OF STEVEN PETERS AND [PROPOSED] ORDER RE FILING AMENDED COMPLAINT** |
| v. | |
| DAVID PETERSCHMIDT, DONALD LISTWIN, JOSHUA PACE, STEVEN PETERS, AL SNYDER, SIMON WILKINSON, KENNETH DENMAN, BO HEDFORS, GERALD HELD, MASOOD JABBAR, BERNARD PUCKETT, | |
| Defendants, | |
| -and- | |
| OPENWAVE SYSTEMS, INC., | |
| Nominal Defendant. | |

# STIPULATED JOINDER

WHEREAS, on June 20, 2006, several Defendants, nominal Defendant Openwave Systems, Inc. and Plaintiff filed a Stipulation and Proposed Order re the Filing of an Amended Complaint;

WHEREAS, Defendant Steven Peters was not a party to that Stipulation;

WHEREAS, on June 21, 2006, the Court entered an Order adopting the Stipulation and Proposed Order;

WHEREAS, by his undersigned counsel, Defendant Steven Peters accepts service of the Complaint and seeks to join the now-entered Stipulation and Order;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, subject to approval of the Court:

A. Defendant Steven Peters joins the Stipulation and Order entered by the Court on June 21, 2006 and shall be deemed a party to that Stipulation and Order.

Dated: June 21, 2006  By: /s/ Shirish Gupta
Shirish Gupta

MAYER, BROWN, ROWE & MAW LLP

Attorneys for Defendants Don Listwin, Joshua Pace, Steven Peters, Dave Peterschmidt, Allen Snyder, Simon Wilkinson

Dated: June 21, 2006  By: /s/ Amy S. Park
Amy S. Park (208204)

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144

1

| | |
|---|---|
| | Garrett J. Waltzer (130764) |
| | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | 525 University Avenue, Suite 1100 |
| | Palo Alto, CA 94301 |
| | |
| | Attorneys for Defendants Kenneth Denman, Bo Hedfors, Masood Jabbar and Bernard Puckett |
| | |
| Dated: June 21, 2006 | By:  /s/ Jeffrey K. Li |
| | Jeffrey K. Li (186305) |
| | |
| | OPENWAVE SYSTEMS, INC. |
| | 2100 Seaport Boulevard |
| | Redwood City, CA 94063 |
| | |
| | Attorney for Defendant Openwave Systems, Inc. |
| | |
| Dated: June 21, 2006 | By:  /s/ Arthur L. Shingler III |
| | Arthur L. Shingler III (181719) |
| | |
| | SCOTT + SCOTT, LLC |
| | 600 B Street, Suite 1500 |
| | San Diego, CA 92101 |
| | |
| | Attorney for Plaintiff |

**ECF CERTIFICATION**

I, Shirish Gupta, am the ECF User whose identification and password are being used to file this Stipulated Joinder and [Proposed] Order Re Filing Amended Complaint. In compliance with General Order 45.X.B, I hereby attest that the signatories listed above have concurred in this filing.

Dated: June 21, 2006                MAYER, BROWN, ROWE & MAW LLP

                                    By:  /s/ Shirish Gupta
                                         Shirish Gupta

1 **[PROPOSED] ORDER**

2    Upon Stipulated Joinder, and good cause appearing, it is HEREBY ORDERED THAT:

3    A.    The Stipulated Joinder of Defendant Steven Peters is hereby GRANTED.

4    B.    Defendant Steven Peters shall be deemed a party to the Stipulation and Order

5 entered by the Court on June 21, 2006.

6    **IT IS SO ORDERED.**

9    Dated: June 22, 2006
       _____

10      Ho[n.]
        Uni[ted States]

*[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Maria-Elena James]*

44021294                    3