GARRETT J. WALTZER (State Bar No. 130764)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California 94301
Telephone:  (650) 470-4500
Facsimile:  (650) 470-4570

AMY S. PARK (State Bar No. 208204)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone:  (213) 687-5000
Facsimile:  (213) 621-5045

Attorneys for Defendants
Kenneth Denman, Bo Hedfors,
Gerald Held, Masood Jabbar
and Bernard Puckett

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MANFRED HACKER,<br><br>        Plaintiff,<br><br>        vs.<br><br>DAVID PETERSCHMIDT; DONALD LISTWIN; JOSHUA PACE; STEVEN PETERS; AL SNYDER; SIMON WILKINSON; KENNETH DENMAN; BO HEDFORS; GERALD HELD; MASOOD JABBAR; BERNARD PUCKETT,<br><br>        Defendants,<br><br>        -and-<br><br>OPENWAVE SYSTEMS, INC.,<br><br>        Nominal Defendant. | CASE NO.:  06-cv-03468-SI<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT |

Stipulation. and [Proposed] Order Extending
Time To Respond To Amended Complaint
Case No. 06-cv-03468-SI

1

**STIPULATION**

2      WHEREAS, on May 30, 2006, plaintiff filed the original complaint in this shareholder

3  derivative action;

4      WHEREAS, pursuant to a prior stipulation among the parties, on July 17, 2006, plaintiff

5  filed an amended complaint in this action;

6      WHEREAS, pursuant to the parties' prior stipulation, defendants' time to answer, move or

7  otherwise respond to the amended complaint is set for August 18, 2006;

8      WHEREAS, since the parties executed the prior stipulation, three other purported

9  shareholders of nominal defendant Openwave Systems, Inc. have filed separate shareholder

10 derivative actions in this Court;

11     WHEREAS, with multiple cases pending and to allow plaintiff sufficient time to consider

12 and take appropriate action in light of the pendency of those other cases, plaintiff has agreed to

13 grant defendants a further extension of time to September 18, 2006, to answer, move or

14 otherwise respond, if necessary, to the amended complaint in this action;

15     WHEREAS, the parties hereto believe this Stipulation is in the best interest of judicial

16 economy;

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28
   Stipulation. and [Proposed] Order Extending          -1-
   Time To Respond To Amended Complaint
   Case No. 06-cv-03468-SI

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, subject to approval of the Court, that defendants shall answer, move or otherwise respond to the amended complaint, if necessary, no later than September 18, 2006.

Dated: August 2, 2006

By: /s/ Amy S. Park
Amy S. Park (208204)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA  90071-3144

Attorneys for Defendants Kenneth Denman, Bo Hedfors, Masood Jabbar and Bernard Puckett

Dated: August 2, 2006

By: /s/ Shirish Gupta
Lee H. Rubin, (141331)
Shirish Gupta, (205584)
MAYER, BROWN, ROWE
    & MAW LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306

Attorneys for Defendants Don Listwin, Joshua Pace, Dave Peterschmidt, Allen Snyder, Simon Wilkinson

Dated: August 2, 2006

By: /s/ Jeffrey K. Li
Jeffrey K. Li (186305)
OPENWAVE SYSTEMS, INC.
2100 Seaport Boulevard
Redwood City, CA  94063

Attorney for Defendant Openwave Systems, Inc.

Dated: August 2, 2006

By: /s/ Arthur L. Shingler III
Arthur L. Shingler III (181719)
SCOTT + SCOTT, LLC
600 B Street, Suite 1500
San Diego, CA  92101

Attorney for Plaintiff

1

# [PROPOSED] ORDER

2

3        Upon stipulation of the parties, and good cause appearing:

4        Defendants shall answer, move or otherwise respond to the amended complaint no later

5  than September 18, 2006.

6        IT IS SO ORDERED.

7

8        Dated: _____08/04/06_____

9

10                                          _____
                                            United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    I, Amy S. Park, am the ECF User whose identification and password are being used to

2    file this Stipulation and [Proposed] Order Extending Time To Respond To Amended Complaint.

3    In compliance with General Order 45.X.B, I hereby attest that each of the counsel executing the

4    Stipulation has concurred in this filing.

5

6    Dated:  August 2, 2006                              SKADDEN, ARPS, SLATE,
                                                          MEAGHER & FLOM LLP

7

8                                                        By: /s/ Amy S. Park
                                                               Amy S. Park

9
                                                         Attorneys for Defendants
10                                                       Kenneth Denman, Bo Hedfors,
                                                         Masood Jabbar and Bernard Puckett

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
     Stipulation. and [Proposed] Order Extending          -4-
     Time To Respond To Amended Complaint
     Case No. 06-cv-03468-SI