UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANFRED HACKER, <br><br> Plaintiff, <br><br> vs. <br><br> DAVID PETERSCHMIDT, DONALD LISTWIN, JOSHUA PACE, STEVEN PETERS, AL SNYDER, SIMON WILKINSON, KENNETH DENMAN, BO HEDFORS, GERALD HELD, MASOOD JABBAR, BERNARD PUCKETT, ALAN BLACK and ALAN ROSSMAN, <br><br> Defendants, <br><br> -and- <br><br> OPENWAVE SYSTEMS, INC., <br><br> Nominal Defendant. | Civ. No. 3:06-cv-03468-SI <br><br> **[PROPOSED] ORDER VACATING THE SEPTEMBER 29, 2006 CASE MANAGEMENT CONFERENCE DATE AND CONTINUING THE CASE MANAGEMENT CONFERENCE TO NOVEMBER 3, 2006** |

[PROPOSED] ORDER VACATING SEPTEMBER 29, 2006 CASE MANAGEMENT CONFERENCE DATE AND CONTINUING CONFERENCE TO NOVEMBER 3, 2006; CASE NO. 06–CV-03468 (SI)

419144.01-Los Angeles Server 1A - MSW

# ORDER

Having read and considered Defendants' *Ex Parte* Application For An Order Vacating the September 29, 2006 Case Management Conference Date and Continuing the Case Management Conference to November 3, 2006, as well as all supporting and opposing papers, and good cause appearing therefore,

IT IS ORDERED THAT the case management conference date of September 29, 2006 in this action is vacated, and that the case management conference is continued to November 3, 2006, at 2 p.m.

DATED: _____, 2006

_____
SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

**RESPECTFULLY SUBMITTED BY:**

Dated: August 24, 2006            SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____/s/ Amy S. Park_____
Garrett J. Waltzer
Amy S. Park
Attorneys for Defendants
Kenneth Denman, Bo Hedfors, Gerald Held,
Masood Jabbar and Bernard Puckett

Dated: August 24, 2006            MAYER, BROWN, ROWE & MAW LLP

By: _____/s/ Lee H. Rubin_____
Lee H. Rubin
Attorneys for Defendants
David Peterschmidt, Donald Listwin, Joshua Pace,
Steven Peters, Al Snyder, Simon Wilkinson,
and Alan Black

Dated: August 24, 2006            OPENWAVE SYSTEMS, INC.

By: _____/s/ Jeffrey K. Li_____
Jeffrey K. Li
Attorney for Nominal Defendant
Openwave Systems, Inc.

-1-

[PROPOSED] ORDER VACATING SEPTEMBER 29, 2006 CASE MANAGEMENT CONFERENCE DATE AND CONTINUING CONFERENCE TO NOVEMBER 3, 2006; CASE NO. 06–CV-03468 (SI

419144.01 Los Angeles Server 1A - MSW