UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re OPENWAVE SYSTEMS, INC. SHAREHOLDER DERIVATIVE LITIGATION | ) ) ) ) ) | Master File No. C-06-03468-SI<br><br>[PROPOSED] ORDER CONSOLIDATING ACTIONS |
| This Document Relates To:<br><br>    ALL ACTIONS. | ) ) ) ) | |

On October 12, 2006, this Court entered an Order consolidating the following shareholder derivative actions on behalf of nominal defendant Openwave Systems, Inc. ("Openwave") against its board of directors and certain current and former officers:

| Name | Case No. | Date Filed |
| --- | --- | --- |
| *Hacker v. Peterschmidt, et al.* | C-06-03468-SI | May 30, 2006 |
| *Bowie v. Black, et al.* | C-06-04479-SI | July 21, 2006 |
| *Koning v. Puckett, et al.* | C-06-04509-SI | July 24, 2006 |
| *Sherupski v. Puckett, et al.* | C-06-04524-SI | July 25, 2006 |

In addition, this Court now ORDERS the following:

1. All shareholders' derivative actions on behalf of nominal defendant Openwave Systems, Inc. ("Openwave" or the "Company") filed in the Northern District of California that involve questions of law or fact similar to those contained in the above-captioned actions are consolidated for all purposes under the following caption (the "Consolidated Action"):

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
| --- | --- |
| In re OPENWAVE SYSTEMS, INC. SHAREHOLDER DERIVATIVE LITIGATION ) ) ) | Master File No. C-06-03468-SI |
| This Document Relates To: ) ) ) ALL ACTIONS. ) ) | |

2. Each and every shareholder derivative action filed in, or transferred to, the Northern District of California that involves questions of law or fact similar to those contained in the Consolidated Action shall constitute a case related to the Consolidated Action ("Related Action" or the "Related Actions").

3. Each Related Action shall be governed by the terms of this Order and shall be consolidated for all purposes with the Consolidated Action. Upon the filing of a Related Action,

[PROPOSED] ORDER CONSOLIDATING ACTIONS - Master File No. C-06-03468-SI  - 1 -

1  defendants' counsel shall mail a copy of this Order to counsel for the plaintiff in each Related
2  Action.
3      4.    A party to any Related Action may, for good cause shown, move for relief from the
4  terms of this Order only if such motion is filed with the Court and served upon Lead Counsel as set
5  forth herein and upon counsel for defendants within 21 days of the mailing of this Order to counsel
6  for such party. Any party herein may oppose such a motion.
7      5.    All papers previously filed and served to date, if any, in the cases consolidated herein
8  are deemed to be and are hereby adopted as part of the record in the Consolidated Action.
9      6.    This Order shall be filed in the file of C-06-03468-SI and the entry of the Order shall
10 be docketed in each of the consolidated actions. All papers filed by plaintiffs and defendants under
11 the above-consolidated caption shall be filed only in action C-06-03468-SI.
12     IT IS SO ORDERED.

13 DATED: _____  _____
14     THE HONORABLE SUSAN ILLSTON
    UNITED STATES DISTRICT JUDGE

16
17 Submitted by:

18 LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
  TRAVIS E. DOWNS III
19 BENNY C. GOODMAN III
  THOMAS G. WILHELM
20

21
      s/ Benny C. Goodman III
22     BENNY C. GOODMAN III

23 655 West Broadway, Suite 1900
  San Diego, CA 92101
24 Telephone: 619-231-1058
  619/231-7423 (fax)
25

[PROPOSED] ORDER CONSOLIDATING ACTIONS - Master File No. C-06-03468-SI    - 2 -

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
MARIA V. MORRIS
MONIQUE C. WINKLER
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

    I, BENNY C. GOODMAN III, am the ECF user whose ID and password are being used to file this [PROPOSED] ORDER CONSOLIDATING ACTIONS. In compliance with General Order 45, X.B., I hereby attest that Arthur L. Shingler III has concurred in this filing.

SCOTT + SCOTT, LLC
ARTHUR L. SHINGLER III


      s/ ARTHUR L. SHINGLER III
       ARTHUR L. SHINGLER III

600 B Street, Suite 1500
San Diego, CA 92101
Telephone: 619/233-4565
619/233-0508 (fax)

Co-Lead Counsel for Plaintiffs

S:\CasesSD\Openwave Derivative\ORD00036676-cons.doc

[PROPOSED] ORDER CONSOLIDATING ACTIONS - Master File No. C-06-03468-SI     - 3 -

CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

 s/ Benny C. Goodman III
BENNY C. GOODMAN III

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail:Bgoodman@lerachlaw.com

# Mailing Information for a Case 3:06-cv-03468-SI

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Patrice L. Bishop**
  service@ssbla.com

- **Paul J. Collins**
  pcollins@gibsondunn.com

- **Jonathan C. Dickey**
  jdickey@gibsondunn.com

- **Travis E. Downs, III**
  travisd@lerachlaw.com e_file_sd@lerachlaw.com

- **Shirish Gupta**
  sgupta@mayerbrownrowe.com jfdavis@mayerbrownrowe.com

- **Frank James Johnson**
  frank@johnsonlawfirmapc.com brett@johnsonlawfirmapc.com

- **Geoffrey M. Johnson**
  gjohnson@scott-scott.com aslaughter@scott-scott.com

- **Jeffrey K. Li**
  Jeff.Li@openwave.com greg.wrenn@openwave.com

- **Amy S. Park**
  apark@skadden.com wacampbe@skadden.com;rfrings@Skadden.com;btravalgl@skadden.com

- **David R. Scott**
  drscott@scott-scott.com

- **David R. Scott**

- **Arthur L. Shingler, III**
  ashingler@scott-scott.com ssawyer@scott-scott.com

- **Garrett J. Waltzer**
  gwaltzer@skadden.com jschilli@skadden.com;wacampbe@skadden.com

- **Denise V. Zamore**
  dzamore@scott-scott.com cmcgowan@scott-scott.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Geoffrey Johnson**
Scott + Scott, LLC

108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415

**Edmund W. Searby**
Scott + Scott, LLP
33 River Street
Chagrin Falls, OH 44022