1 | LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
2 | SHAWN A. WILLIAMS (213113)
    MONIQUE C. WINKLER (213031)
3 | 100 Pine Street, Suite 2600
    San Francisco, CA 94111
4 | Telephone: 415/288-4545
    415/288-4534 (fax)
5 | shawnw@lerachlaw.com
    moniquew@lerachlaw.com
6 |      – and –
    TRAVIS E. DOWNS III (148274)
7 | BENNY C. GOODMAN III (211302)
    THOMAS G. WILHELM (234980)
8 | 655 West Broadway, Suite 1900
    San Diego, CA 92101
9 | Telephone: 619-231-1058
    619/231-7423 (fax)
10 | travisd@lerachlaw.com
    bennyg@lerachlaw.com
11 | twilhelm@lerachlaw.com

12 | Co-Lead Counsel for Plaintiffs

13 | [Additional counsel appear on signature page.]

14 | UNITED STATES DISTRICT COURT

15 | NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re OPENWAVE SYSTEMS, INC. SHAREHOLDER DERIVATIVE LITIGATION | Master File No. C-06-03468-SI |
| | STIPULATION TO EXTEND TIME |
| This Document Relates To: | |
| ALL ACTIONS. | |

1  WHEREAS, on October 12, 2006, this Court entered an Order consolidating four related shareholder derivative actions on behalf of nominal defendant Openwave Systems, Inc. ("Openwave");

WHEREAS, pursuant to this Court's November 6, 2006 Minute Entry (Docket #52) (the "November 6 Order"), the consolidated complaint is due on December 22, 2006;

WHEREAS, the November 6 Order sets forth a schedule for defendants' response to the consolidated complaint as follows:

1. Defendants' motion to dismiss is due January 26, 2007;
2. Plaintiffs' opposition is due February 23, 2007; and
3. Defendants' reply is due March 9, 2007.

WHEREAS, on December 1, 2006 Openwave filed a Form 10-K with the Securities and Exchange Commission detailing the results of its investigation into Openwave's stock option granting practices and restating Openwave's historical financial results;

WHEREAS, the Form 10-K is over 100 pages long and contains detailed information related to plaintiffs' allegations;

WHEREAS, after meeting and conferring the parties agree that the briefing schedule should be modified.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the parties, through their respective counsel of record, as follows:

1. The consolidated complaint shall be filed by December 29, 2006;
2. Defendants' motion to dismiss shall be filed by February 2, 2007;
3. Plaintiffs' opposition to defendants' motion to dismiss shall be filed by March 2, 2007; and
4. Defendants' reply shall be filed by March 16, 2007.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED: December 21, 2006 | LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| 2 | | TRAVIS E. DOWNS III BENNY C. GOODMAN III |
| 3 | | THOMAS G. WILHELM |

                                                    s/ Benny C. Goodman III
                                                    BENNY C. GOODMAN III

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619-231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
MARIA V. MORRIS
MONIQUE C. WINKLER
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

SCOTT + SCOTT, LLC
ARTHUR L. SHINGLER III
600 B Street, Suite 1500
San Diego, CA 92101
Telephone: 619/233-4565
619/233-0508 (fax)

SCOTT + SCOTT, LLC
DENISE V. ZAMORE
108 Norwich Avenue
P. O. Box 192
Colchester, CT 06416
Telephone: 860/537-5537
860/537-4432 (fax)

SCOTT + SCOTT, LLC
EDMUND W. SEARBY
33 River Street
Chagrin Falls, OH 44022
Telephone: 440/247-8200
440/247-8275 (fax)

Co-Lead Counsel for Plaintiffs

    I, Benny C. Goodman III, am the ECF User whose ID and password are being used to file this Stipulation to Extend Time and [Proposed] Order. In compliance with General Order 45, X.B., I hereby attest that Garrett J. Waltzer has concurred in this filing.

STIPULATION TO EXTEND TIME - Master File No. C-06-03468-SI      - 2 -

| | |
|---|---|
| DATED: December 21, 2006 | SKADDEN, ARPS, SLATE, MEAGHER   & FLOM LLP<br>GARRETT WALTZER |

s/ Garrett J. Waltzer<br>
GARRETT J. WALTZER

525 University Avenue, Suite 1100
Palo Alto, CA 94301
Telephone: 650/470-4500
650/470-4570 (fax)

Attorneys for Defendants Harold Covert, Jr., Kenneth D. Denman, Roger Evans, Bo C. Hedfors, Gerald Held, Masood Jabbar, John MacFarlane, Bernard M. Puckett, Andrew Verhalen and Alan Rossman

    I, Benny C. Goodman III, am the ECF User whose ID and password are being used to file this Stipulation to Extend Time and [Proposed] Order. In compliance with General Order 45, X.B., I hereby attest that Garrett J. Waltzer has concurred in this filing.

| | |
|---|---|
| DATED: December 21, 2006 | GIBSON, DUNN & CRUTCHER LLP<br>PAUL COLLINS |

s/ Paul J. Collins<br>
PAUL J. COLLINS

1881 Page Mill Road
Palo Alto, CA 94304
Telephone: 650/849-5300
650/849-5333 (fax)

Attorneys for Nominal Defendant Openwave Systems, Inc.

    I, Benny C. Goodman III, am the ECF User whose ID and password are being used to file this Stipulation to Extend Time and [Proposed] Order. In compliance with General Order 45, X.B., I hereby attest that Garrett J. Waltzer has concurred in this filing.

| | |
|---|---|
| DATED: December 21, 2006 | MAYER, BROWN, ROWE & MAW LLP<br>LEE H. RUBIN |

s/ Lee H. Rubin<br>
LEE H. RUBIN

Two Palo Alto Square, Suite 300
Palo Alto, CA 94306
Telephone: 650/331-2000
650/331-2060 (fax)

STIPULATION TO EXTEND TIME - Master File No. C-06-03468-SI      - 3 -

Attorneys for Defendants Alan J. Black, David Hose, Kevin J. Kennedy, Donald Listwin, Michael C. Mulica, Joshua A. Pace, Steven Peters, David Peterschmidt, Allen E. Snyder and Simon Wilkinson

\* \* \*

**O R D E R**

IT IS SO ORDERED.

DATED: _____   _____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

S:\CasesSD\Openwave Derivative\STP00037653-ext.doc

STIPULATION TO EXTEND TIME - Master File No. C-06-03468-SI     - 4 -

1                         <u>CERTIFICATE OF SERVICE</u>

2      I hereby certify that on December 21, 2006, I electronically filed the foregoing with the Clerk

3 of the Court using the CM/ECF system which will send notification of such filing to the e-mail

4 addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5 mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6 participants indicated on the attached Manual Notice List.

7

8                                           <u>s/ Benny C. Goodman III</u>
                                          BENNY C. GOODMAN III

9                                           LERACH COUGHLIN STOIA GELLER
                                               RUDMAN & ROBBINS LLP

10                                           655 West Broadway, Suite 1900
                                          San Diego, CA 92101

11                                           Telephone: 619/231-1058
                                          619/231-7423 (fax)

12                                           E-mail:BGoodman@lerachlaw.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND TIME - Master File No. C-06-03468-SI           - 1 -

CAND-ECF Page 1 of 2

Case 3:06-cv-03468-SI Document 55 Filed 12/22/2006 Page 7 of 8
Case 3:06-cv-03468-SI Document 56 Filed 12/22/2006 Page 7 of 8

# Mailing Information for a Case 3:06-cv-03468-SI

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Patrice L. Bishop**
  service@ssbla.com

- **Paul J. Collins**
  pcollins@gibsondunn.com

- **Jonathan C. Dickey**
  jdickey@gibsondunn.com

- **Travis E. Downs, III**
  travisd@lerachlaw.com e_file_sd@lerachlaw.com

- **Benny Copeline Goodman, III**
  bennyg@lerachlaw.com e_file_sd@lerachlaw.com

- **Shirish Gupta**
  sgupta@mayerbrownrowe.com jfdavis@mayerbrownrowe.com

- **Frank James Johnson**
  frank@johnsonlawfirmapc.com brett@johnsonlawfirmapc.com

- **Geoffrey M. Johnson**
  gjohnson@scott-scott.com aslaughter@scott-scott.com

- **Jeffrey K. Li**
  Jeff.Li@openwave.com greg.wrenn@openwave.com

- **Amy S. Park**
  apark@skadden.com wacampbe@skadden.com;rfrings@Skadden.com;btravalgl@skadden.com

- **David R. Scott**
  drscott@scott-scott.com

- **David R. Scott**

- **Arthur L. Shingler, III**
  ashingler@scott-scott.com ssawyer@scott-scott.com

- **Garrett J. Waltzer**
  gwaltzer@skadden.com jschilli@skadden.com;wacampbe@skadden.com

- **Denise V. Zamore**
  dzamore@scott-scott.com cmcgowan@scott-scott.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Geoffrey Johnson**
Scott + Scott, LLC
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415

**Edmund W. Searby**
Scott + Scott, LLP
33 River Street
Chagrin Falls, OH 44022