GARRETT J. WALTZER (State Bar No. 130764)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California 94301
(650) 470-4500
(650) 470-4570 (fax)

AMY S. PARK (State Bar No. 208204)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

Attorney for Defendants
Harold Covert, Kenneth Denman, Roger L. Evans,
Bo Hedfors, Gerald Held, Masood Jabbar, John MacFarlane,
Bernard Puckett and Andrew Verhalen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re OPENWAVE SYSTEMS, INC. SHAREHOLDER DERIVATIVE LITIGATION | Master File No.: C-06-03468-SI |
| This Document Relates To: | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE** |
| ALL ACTIONS. | New Date: March 30, 2007<br>Time: 9:00 a.m.<br>Dept.: 10, 19th Floor<br>Judge: The Hon. Susan Illston |

WHEREAS, on December 22, 2006, the Court entered an Order setting forth a schedule for Plaintiffs to file their consolidated complaint, for Nominal Defendant Openwave Systems Inc. and the Individual Defendants to file motions to dismiss the complaint and for Plaintiffs to respond thereto, and for the hearing on the motions.

WHEREAS, the parties have met and conferred and have agreed, subject to Court approval, to: (1) continue by one week the dates by which the parties must file their briefs in connection with the motions to dismiss the complaint; and (2) continue the hearing on the motions for one week.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the parties, through their respective counsel of record, as follows:

1. Openwave's and the Individual Defendants' motions to dismiss shall be filed by February 9, 2007;

2. Plaintiffs' opposition to the motions to dismiss shall be filed by March 9, 2007;

3. Openwave's and the Individual Defendants' replies shall be filed by March 23, 2007;

4. The hearing on the motions to dismiss shall be held at 9 a.m. on March 30, 2007, or such later date convenient for the Court.

IT IS SO STIPULATED.

Dated: February 1, 2007      SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP


By: _____/s/ Garrett J. Waltzer_____
Garrett J. Waltzer
Attorneys for Defendants
Harold Covert, Kenneth Denman, Roger L. Evans,
Bo Hedfors, Gerald Held, Masood Jabbar, John MacFarlane,
Bernard Puckett and Andrew Verhalen

525 University Avenue, Suite 1100
Palo Alto, CA 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

SKADDEN ARPS SLATE MEAGHER
& FLOM LLP
AMY S. PARK
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

| | |
|---|---|
| Dated: February 1, 2007 | LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>TRAVIS E. DOWNS III<br>BENNY C. GOODMAN III<br>THOMAS G. WILHELM |

By:    /s/ Benny C. Goodman III
             Benny C. Goodman III
         Co-Lead Counsel for Plaintiffs

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
MARIA V. MORRIS
MONIQUE C. WINKLER
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 288-4545
Facsimile: (415) 288-4534

SCOTT + SCOTT, LLC
ARTHUR L. SHINGLER III
600 B Street, Suite 1500
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508

SCOTT + SCOTT, LLC
DENISE V. ZAMORE
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06416
Telephone: (860) 537-5537
Facsimile: (860) 537-4432

SCOTT + SCOTT, LLC
EDMUND W. SEARBY
33 River Street
Chagrin Falls, OH 44022
Telephone: (440) 247-8200
Facsimile: (440) 247-8275

-2-
**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE; MASTER FILE NO. C-06-03468-SI**

| | | |
|---|---|---|
| 1 | Dated: February 1, 2007 | GIBSON, DUNN & CRUTCHER LLP<br>PAUL COLLINS |
| 2 | | |
| 3 | | By: ___/s/ Paul J. Collins___ |
| 4 | | Paul J. Collins<br>Attorneys for Nominal Defendant<br>Openwave Systems, Inc. |
| 5 | | |
| 6 | | 1881 Page Mill Road<br>Palo Alto, CA  94304<br>Telephone:  (650) 849-5300 |
| 7 | | Facsimile:  (650) 849-5333 |
| 8 | | |
| 9 | Dated: February 1, 2007 | MAYER, BROWN, ROWE & MAW LLP |
| 10 | | |
| 11 | | By: ___/s/ Lee H. Rubin___ |
| 12 | | Lee H. Rubin<br>Attorneys for Defendants |
| 13 | | Alan J. Black, Kevin J. Kennedy, Donald Listwin, Michael C. Mulica, Joshua A. Pace, Steven Peters, David Peterschmidt, Allen E. Snyder and Simon Wilkinson |
| 14 | | |
| 15 | | Two Palo Alto Square, Suite 300<br>Palo Alto, CA  94306 |
| 16 | | Telephone:  (650) 331-2000<br>Facsimile:  (650) 331-2060 |

**O R D E R**

IT IS SO ORDERED.

Dated: _____.

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

The initial case management conference shall be continued to March 30, 3007, at 2:00 p.m.

A joint case management conference statement must be filed one week prior to the conference.

-3-
STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE; MASTER FILE NO. C-06-03468-SI

## CERTIFICATE OF SERVICE

I, Garrett J. Waltzer, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order to Extend Time. In compliance with General Order 45.X.B, I hereby attest that each of the counsel executing the Stipulation has concurred in this filing.

Dated: February 2, 2007

                                                    /s/ Garrett J. Waltzer
                                                    Garrett J. Waltzer

SKADDEN ARPS SLATE MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, CA 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570