1 | LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2 | SHAWN A. WILLIAMS (213113)
   | MONIQUE C. WINKLER (213031)
3 | 100 Pine Street, Suite 2600
   | San Francisco, CA 94111
4 | Telephone: 415/288-4545
   | 415/288-4534 (fax)
5 | shawnw@lerachlaw.com
   | moniquew@lerachlaw.com
6 |      – and –
   | TRAVIS E. DOWNS III (148274)
7 | BENNY C. GOODMAN III (211302)
   | THOMAS G. WILHELM (234980)
8 | 655 West Broadway, Suite 1900
   | San Diego, CA 92101
9 | Telephone: 619-231-1058
   | 619/231-7423 (fax)
10 | travisd@lerachlaw.com
   | bennyg@lerachlaw.com
11 | twilhelm@lerachlaw.com

12 | Co-Lead Counsel for Plaintiffs

13 | [Additional counsel appear on signature page.]

14 | UNITED STATES DISTRICT COURT

15 | NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re OPENWAVE SYSTEMS, INC. SHAREHOLDER DERIVATIVE LITIGATION | Master File No. C-06-03468-SI |
| | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE AND BRIEFING SCHEDULE |
| This Document Relates To: | |
| ALL ACTIONS. | |

WHEREAS, on February 5, 2007, the Court entered an Order (the "February Order") setting forth a briefing schedule by which nominal defendant Openwave Systems, Inc. ("Openwave") and the Individual Defendants would file motions to dismiss plaintiffs' Consolidated Verified Shareholder Derivative Complaint;

WHEREAS, the February Order also set a hearing date of March 30, 2007 for Openwave's and the Individual Defendants' motions to dismiss and a Case Management Conference;

WHEREAS, pursuant to the February Order, Openwave and the Individual Defendants filed motions to dismiss and a request for judicial notice and Openwave filed a motion to stay discovery on February 9, 2007;

WHEREAS, pursuant to the February Order plaintiffs' responses to Openwave's and the Individual Defendants' motions are due on March 9, 2007;

WHEREAS, the relief sought by the motions requires that plaintiffs address numerous complex legal and factual issues; and

WHEREAS, the parties have met and conferred and have agreed, subject to Court approval, to continue the hearing date and modify the briefing schedule.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the parties through their respective counsel of record as follows:

1. Plaintiffs' oppositions to Openwave's and the Individual Defendants' pending motions shall be filed on or before March 16, 2007;

2. Openwave's and the Individual Defendants' replies shall be filed on or before March 30, 2007;

3. The parties shall file a Joint Case Management Conference Statement on April 19, 2007; and

1  4.  The hearing on the motions to dismiss, the motion to stay discovery and the Case
2  Management Conference shall be held at ~~10:00 a.m. on April 26, 2007~~ 9:00 am and 2:30 p.m. respectively on 4/27/07, or such later date convenient
3  for this Court.

4  IT IS SO STIPULATED.

5  DATED: March 9, 2007                LERACH COUGHLIN STOIA GELLER
                                          RUDMAN & ROBBINS LLP
6                                       TRAVIS E. DOWNS III
                                        BENNY C. GOODMAN III
7                                       THOMAS G. WILHELM

8

9                                                s/ Benny C. Goodman III
                                              BENNY C. GOODMAN III
10
                                        655 West Broadway, Suite 1900
11                                      San Diego, CA  92101
                                        Telephone:  619-231-1058
12                                      619/231-7423 (fax)

13                                      LERACH COUGHLIN STOIA GELLER
                                          RUDMAN & ROBBINS LLP
14                                      SHAWN A. WILLIAMS
                                        MONIQUE C. WINKLER
15                                      100 Pine Street, Suite 2600
                                        San Francisco, CA  94111
16                                      Telephone:  415/288-4545
                                        415/288-4534 (fax)
17
                                        SCOTT + SCOTT LLP
18                                      ARTHUR L. SHINGLER III
                                        600 B Street, Suite 1500
19                                      San Diego, CA  92101
                                        Telephone:  619/233-4565
20                                      619/233-0508 (fax)

21                                      Co-Lead Counsel for Plaintiffs

22      I, Benny C. Goodman III, am the ECF user whose ID and password are being used to file this
   Stipulation and [Proposed] Order Continuing Hearing Date and Briefing Schedule.  In compliance
23 with General Order 45, X.B., I hereby attest that Lee H. Rubin has concurred in this filing.

24  DATED: March 9, 2007                MAYER BROWN ROWE & MAW LLP
                                        LEE H. RUBIN
25

26
                                                 s/ Lee H. Rubin
27                                             LEE H. RUBIN

28

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE
AND BRIEFING SCHEDULE - Master File No. C-06-03468-SI                              - 2 -

Two Palo Alto Square, Suite 300
Palo Alto, CA 94306-2112
Telephone: 650/331-2025
650/331-2060 (fax)

Attorneys for Defendants David C. Peterschmidt, Donald J. Listwin, Joshua A. Pace, Steve Peters, Allen E. Snyder, Alan J. Black, Kevin J. Kennedy, Michael C. Mulica and Simon Wilkinson

I, Benny C. Goodman III, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing Hearing Date and Briefing Schedule. In compliance with General Order 45, X.B., I hereby attest that Amy S. Park has concurred in this filing.

DATED: March 9, 2007

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM
AMY S. PARK

s/ Amy S. Park
AMY S. PARK

300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: 213/687-5000
213/687-5600 (fax)

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM
GARRETT J. WALTZER
525 University Avenue
Palo Alto, CA 94301
Telephone: 650/470-4540
650/470-4570 (fax)

Attorneys for Defendants Kenneth D. Denman, Bo C. Hedfors, Gerald Held, Masood Jabbar, John McFarlane, Bernard M. Puckett, Harold L. Covert, Jr., Andrew W. Verhalen and Alain Rossman

1  I, Benny C. Goodman III, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing Hearing Date and Briefing Schedule. In compliance
2  with General Order 45, X.B., I hereby attest that Paul Collins occurred in this filing.

3  DATED: March 9, 2007                              GIBSON, DUNN & CRUTCHER LLP
                                                      PAUL COLLINS

                                                      ⎯⎯⎯⎯⎯⎯s/ Paul Collins⎯⎯⎯⎯⎯⎯
                                                                PAUL COLLINS

                                                      1881 Page Mill Road
                                                      Palo Alto, CA  94304
                                                      Telephone:  650/849-5300
                                                      650/849-5333 (fax)

                                                      Attorneys for Nominal Defendant Openwave
                                                      Systems, Inc.

                          *       *       *

                                **O R D E R**

        PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯          ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
                                          THE HONORABLE SUSAN ILLSTON
                                          UNITED STATES DISTRICT JUDGE

S:\CasesSD\Openwave Derivative\STP00039944-Ext.doc

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE
AND BRIEFING SCHEDULE - Master File No. C-06-03468-SI                              - 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 9, 2007.

    s/ Benny C. Goodman III
BENNY C. GOODMAN III

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: bennyg@lerachlaw.com

# Mailing Information for a Case 3:06-cv-03468-SI

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Patrice L. Bishop**
  service@ssbla.com

- **Paul J. Collins**
  pcollins@gibsondunn.com

- **Jonathan C. Dickey**
  jdickey@gibsondunn.com

- **Travis E. Downs, III**
  travisd@lerachlaw.com e_file_sd@lerachlaw.com

- **Benny Copeline Goodman, III**
  bennyg@lerachlaw.com e_file_sd@lerachlaw.com

- **Shirish Gupta**
  sgupta@mayerbrownrowe.com jfdavis@mayerbrownrowe.com

- **Frank James Johnson**
  frank@johnsonlawfirmapc.com brett@johnsonlawfirmapc.com

- **Geoffrey M. Johnson**
  gjohnson@scott-scott.com aslaughter@scott-scott.com

- **Jeffrey K. Li**
  Jeff.Li@openwave.com greg.wrenn@openwave.com

- **Amy S. Park**
  apark@skadden.com wacampbe@skadden.com;rfrings@Skadden.com;btravalgl@skadden.com

- **David R. Scott**
  drscott@scott-scott.com

- **David R. Scott**

- **Edmund W. Searby**

- **Arthur L. Shingler, III**
  ashingler@scott-scott.com ssawyer@scott-scott.com

- **Garrett J. Waltzer**
  gwaltzer@skadden.com jschilli@skadden.com;wacampbe@skadden.com

- **Denise V. Zamore**
  dzamore@scott-scott.com cmcgowan@scott-scott.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Geoffrey Johnson
Scott + Scott, LLC
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
```