GARRETT J. WALTZER (State Bar No. 130764)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

AMY S. PARK (State Bar No. 208204)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Facsimile: (213) 621-5045

Attorneys for Defendants
Harold Covert, Kenneth Denman,
Roger L. Evans, Bo Hedfors, Gerald Held,
Masood Jabbar, Andrew Verhalen,
Alain Rossmann and Bernard Puckett

[*Additional counsel listed on signature page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re OPENWAVE SYSTEMS, INC. SHAREHOLDER DERIVATIVE LITIGATION | Master File No. C-06-03468-SI |
| This Document Relates To:<br><br>ALL ACTIONS | STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE REPLY BRIEFS |

1  WHEREAS, on March 9, 2007, the Court entered an Order (the "March 9 Order") setting forth a briefing schedule pursuant to which: (1) Plaintiffs would file their oppositions to nominal defendant Openwave Systems, Inc's. ("Openwave") and the Individual Defendants' previously filed motions to dismiss Plaintiffs' Consolidated Verified Shareholder Derivative Complaint; (2) Plaintiffs would file their response to Openwave's motion to stay discovery; and (3) Openwave and the Individual Defendants would file their replies to Plaintiffs' oppositions.

WHEREAS, the March 9 Order also set a hearing date of April 27, 2007 for Openwave's and the Individual Defendants' motions to dismiss, Openwave's motion to stay discovery and a Case Management Conference;

WHEREAS, pursuant to the March 9 Order, Plaintiffs filed their oppositions to Openwave's and the Individual Defendants' motions to dismiss and Openwave's motion to stay discovery on March 16, 2007;

WHEREAS, pursuant to the March 9 Order, Openwave's and the Individual Defendants' replies to the motions are due on March 30, 2007;

WHEREAS, Plaintiffs' 61-page consolidated opposition to the motions to dismiss and Plaintiffs' opposition to the motion to stay discovery address and require Openwave and the Individual Defendants to respond to numerous complex legal issues; and

WHEREAS, the parties have met and conferred and have agreed, subject to Court approval, to modify the briefing schedule to provide Openwave and the Individual Defendants an additional week to file their replies to the motions.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the parties through their respective counsel of record, subject to Court approval, as follows:

1.  Openwave's and the Individual Defendants' replies shall be filed on or before April 6, 2007; and

-1-
**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE REPLY BRIEFS;**
**MASTER FILE NO. 06-CV-03468-SI**

1    2.   Pursuant to the March 9 Order, the hearing on the motions and the case
2 management conference shall remain on calendar for April 27, 2007.
3    IT IS SO STIPULATED.
4 DATED: March 28, 2007                    LERACH COUGHLIN STOIA GELLER
                                           RUDMAN & ROBBINS LLP
                                           TRAVIS E. DOWNS III
                                           BENNY C. GOODMAN III
                                           THOMAS G. WILHELM


                                                s/ Benny C. Goodman III
                                           BENNY C. GOODMAN III

                                           655 West Broadway, Suite 1900
                                           San Diego, CA  92101
                                           Telephone:  619-231-1058
                                           619/231-7423 (fax)

                                           LERACH COUGHLIN STOIA GELLER

                                           RUDMAN & ROBBINS LLP
                                           SHAWN A. WILLIAMS
                                           MONIQUE C. WINKLER
                                           100 Pine Street, Suite 2600
                                           San Francisco, CA  94111
                                           Telephone:  415/288-4545
                                           415/288-4534 (fax)

                                           SCOTT + SCOTT LLP
                                           ARTHUR L. SHINGLER III
                                           600 B Street, Suite 1500
                                           San Diego, CA  92101
                                           Telephone:  619/233-4565
                                           619/233-0508 (fax)

                                           Co-Lead Counsel for Plaintiffs

    I, Amy S. Park, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Extending Time To File Reply Briefs.  In compliance with General Order 45, X.B., I hereby attest that Benny C. Goodman III has concurred in this filing.

-2-
**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE REPLY BRIEFS;**
**MASTER FILE NO. 06-CV-03468-SI**

| | |
|---|---|
| 1  DATED: March 28, 2007 | MAYER BROWN ROWE & MAW LLP<br>IAN N. FEINBERG<br>LEE H. RUBIN<br>SHIRISH GUPTA |

s/ Shirish Gupta
_____
SHIRISH GUPTA

Two Palo Alto Square, Suite 300
Palo Alto, CA 94306-2112
Telephone: 650/331-2025
650/331-2060 (fax)

Attorneys for Defendants David C. Peterschmidt, Donald J. Listwin, Joshua A. Pace, Steve Peters, Allen E. Snyder, Alan J. Black, Kevin J. Kennedy, Michael C. Mulica and Simon Wilkinson

    I, Amy S. Park, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Extending Time To File Reply Briefs. In compliance with General Order 45, X.B., I hereby attest that Shirish Gupta has concurred in this filing.

DATED: March 28, 2007                  SKADDEN, ARPS, SLATE, MEAGHER
                                                                                                                         & FLOM
                                                                                                                            AMY S. PARK

s/ Amy S. Park
_____
AMY S. PARK

300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: 213/687-5000
213/687-5600 (fax)

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM
GARRETT J. WALTZER
525 University Avenue
Palo Alto, CA 94301
Telephone: 650/470-4540
650/470-4570 (fax)

Attorneys for Defendants Kenneth D. Denman, Bo C. Hedfors, Gerald Held, Masood Jabbar, John McFarlane, Bernard M. Puckett, Harold L.

-3-
**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE REPLY BRIEFS;**
**MASTER FILE NO. 06-CV-03468-SI**

| | |
|---|---|
| | Covert, Jr., Andrew W. Verhalen and Alain Rossman |
| DATED: March 28, 2007 | GIBSON, DUNN & CRUTCHER LLP<br>PAUL COLLINS |
| | ___s/ Paul Collins___<br>PAUL COLLINS |
| | 1881 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: 650/849-5300<br>650/849-5333 (fax) |
| | Attorneys for Nominal Defendant Openwave Systems, Inc. |

I, Amy S. Park, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Extending Time To File Reply Briefs. In compliance with General Order 45, X.B., I hereby attest that Paul Collins has concurred in this filing.

\* \* \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____   _____
   THE HONORABLE SUSAN ILLSTON
   UNITED STATES DISTRICT JUDGE

-4-
**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE REPLY BRIEFS;**
**MASTER FILE NO. 06-CV-03468-SI**

1  I, Amy S. Park, am the ECF User whose identification and password are being used to file
2  the attached STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE REPLY
3  BRIEFS.  In compliance with General Order 45.X.B, I hereby attest that each of the counsel
4  executing the STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE
5  REPLY BRIEFS has concurred in this filing.

7  Dated:  March 28, 2007              SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

9                                       By: _____/s/ Amy S. Park_____
                                              AMY S. PARK

-5-
**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE REPLY BRIEFS;**
**MASTER FILE NO. 06-CV-03468-SI**

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I hereby certify that on this 28th day of March, 2007, a copy of the foregoing was filed |
| 3 | electronically and served by mail on anyone unable to accept electronic service. Notice of this |
| 4 | filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as |
| 5 | indicated on the Notice of Electronic Filing or by mail as required by the Court's CM/ECF rules. |
| 6 | Parties may access this filing through the Court's CM/ECF System. |
| 7 | |
| 8 | /s/ Amy S. Park |
| | Amy S. Park |

-6-

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE REPLY BRIEFS;**
**MASTER FILE NO. 06-CV-03468-SI**

450583 Los Angeles Server 1A - MSW