1  LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  SHAWN A. WILLIAMS (213113)
   MONIQUE C. WINKLER (213031)
3  AELISH M. BAIG (201279)
   100 Pine Street, Suite 2600
4  San Francisco, CA  94111
   Telephone:  415/288-4545
5  415/288-4534 (fax)
   shawnw@lerachlaw.com
6  moniquew@lerachlaw.com
   abaig@lerachlaw.com
7        – and –
   TRAVIS E. DOWNS III (148274)
8  BENNY C. GOODMAN III (211302)
   MARY LYNNE CALKINS (212171)
9  655 West Broadway, Suite 1900
   San Diego, CA  92101
10 Telephone:  619-231-1058
   619/231-7423 (fax)
11 travisd@lerachlaw.com
   bennyg@lerachlaw.com
12 mcalkins@lerachlaw.com

13 Co-Lead Counsel for Plaintiffs

14 [Additional counsel appear on signature page.]

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17 In re OPENWAVE SYSTEMS, INC.          )  Master File No. C-06-03468-SI
   SHAREHOLDER DERIVATIVE               )
18 LITIGATION                           )  STIPULATION AND [PROPOSED] ORDER
                                        )  TO EXTEND TIME AND ESTABLISH
19 _____  )  BRIEFING SCHEDULE
                                        )
   This Document Relates To:            )
20                                      )
          ALL ACTIONS.                  )
21 _____  )

22

23

24

25

26

27

28

1    WHEREAS, on December 29, 2006 plaintiffs filed a Consolidated Verified Shareholders

2  Derivative Complaint;

3    WHEREAS, on May 17, 2007 this Court entered an Order dismissing plaintiffs'

4  Consolidated Verified Shareholders Derivative Complaint;

5    WHEREAS, this Court's May 17, 2007 Order allowed plaintiffs to file an amended

6  complaint by June 22, 2007;

7    WHEREAS, the amendment to plaintiffs' complaint involves numerous analytical and legal

8  issues;

9    WHEREAS, on June 21, 2007 plaintiffs' counsel sought defendants' counsel's agreement to

10  extend the date by which plaintiffs must file any amendment to the complaint by one week; and

11    WHEREAS, defendants' counsel indicated they do not object to such an extension of time

12  and the parties agreed to a briefing schedule for defendants' responsive motions.

13    THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the parties,

14  through their respective counsel of record, as follows:

15    1.    Plaintiffs may file any amended complaint by June 29, 2007;

16    2.    Defendants may file motions to dismiss or other responsive briefing by July 31, 2007;

17    3.    Plaintiffs may file oppositions to defendants' motions to dismiss by August 31, 2007;

18    4.    Defendants may file any reply briefs by September 21, 2007.

19    IT IS SO STIPULATED.

20  DATED:  June 21, 2007                LERACH COUGHLIN STOIA GELLER
                                          RUDMAN & ROBBINS LLP
21                                       TRAVIS E. DOWNS III
                                         BENNY C. GOODMAN III
22                                       MARY LYNNE CALKINS

23

24                                            s/ Benny C. Goodman III
                                         BENNY C. GOODMAN III
25
                                         655 West Broadway, Suite 1900
26                                       San Diego, CA  92101
                                         Telephone:  619-231-1058
27                                       619/231-7423 (fax)

28

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME AND
 ESTABLISH BRIEFING SCHEDULE - Master File No. C-06-03468-SI                    - 1 -

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
MONIQUE C. WINKLER
AELISH M. BAIG
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

SCOTT + SCOTT LLP
ARTHUR L. SHINGLER III
600 B Street, Suite 1500
San Diego, CA 92101
Telephone: 619/233-4565
619/233-0508 (fax)

Co-Lead Counsel for Plaintiffs

I, Benny C. Goodman III, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order to Extend Time and Establish Briefing Schedule. In compliance with General Order 45, X.B., I hereby attest that Garrett J. Waltzer has concurred in this filing.

DATED: June 21, 2007

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
GARRETT J. WALTZER

    w/ Garrett J. Waltzer
    GARRETT J. WALTZER

525 University Avenue, Suite 1100
Palo Alto, CA 94301
Telephone: 650/470-4500
650/470-4570 (fax)

Attorneys for Defendants Harold L. Covert, Jr., Kenneth D. Denman, Roger L. Evans, Bo C. Hedfors, Gerald Held, Masood Jabbar, Bernard M. Puckett, Andrew W. Verhalen and Alain Rossmann

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME AND
ESTABLISH BRIEFING SCHEDULE - Master File No. C-06-03468-SI      - 2 -

1    I, Benny C. Goodman III, am the ECF User whose ID and password are being used to file
2  this Stipulation and [Proposed] Order to Extend Time and Establish Briefing Schedule. In
   compliance with General Order 45, X.B., I hereby attest that Paul J. Collins has concurred in this
3  filing.

   DATED: June 21, 2007                          GIBSON, DUNN & CRUTCHER LLP
4                                                 PAUL J. COLLINS

5

6                                                       s/ Paul J. Collins
                                                         PAUL J. COLLINS
7
                                                  1881 Page Mill Road
8                                                 Palo Alto, CA  94304
                                                  Telephone:  650/849-5300
9                                                 650/849-5333 (fax)

10                                                Attorneys for Nominal Defendant Openwave
                                                  Systems, Inc.
11
        I, Benny C. Goodman III, am the ECF User whose ID and password are being used to file
12 this Stipulation and [Proposed] Order to Extend Time and Establish Briefing Schedule. In
   compliance with General Order 45, X.B., I hereby attest that Lee H. Rubin has concurred in this
13 filing.

14 DATED: June 21, 2007                           MAYER, BROWN, ROWE & MAW LLP
                                                  LEE H. RUBIN
15

16
                                                        s/ Lee H. Rubin
17                                                      LEE H. RUBIN

18                                                Two Palo Alto Square, Suite 300
                                                  Palo Alto, CA  94306
19                                                Telephone:  650/331-2000
                                                  650/331-2060 (fax)

20                                                Attorneys for Defendants Alan J. Black, Kevin J.
                                                  Kennedy, Donald J. Listwin, Michael C. Mulica,
21                                                Joshua A. Pace, Steve Peters, David C.
                                                  Peterschmidt, Allen E. Snyder and Simon
22                                                Wilkinson

23                              *        *        *

24                                    **O R D E R**

25       PURSUANT TO STIPULATION, IT IS SO ORDERED.

26  DATED: _____      _____
                                            THE HONORABLE SUSAN ILLSTON
27                                          UNITED STATES DISTRICT JUDGE

28  S:\CasesSD\Openwave Derivative\STP00042961-ext.doc

    STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME AND
     ESTABLISH BRIEFING SCHEDULE - Master File No. C-06-03468-SI              - 3 -

Case 3:06-cv-03468-SI Document 697 Filed 06/26/2007 Page 5 of 7

1    <u>CERTIFICATE OF SERVICE</u>

2         I hereby certify that on June 21, 2007, I electronically filed the foregoing with the Clerk of

3    the Court using the CM/ECF system which will send notification of such filing to the e-mail

4    addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5    mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6    participants indicated on the attached Manual Notice List.

7         I certify under penalty of perjury under the laws of the United States of America that the

8    foregoing is true and correct.  Executed on June 21, 2007.

9
                                   s/ Benny C. Goodman III
10                                 BENNY C. GOODMAN III

11                                 LERACH COUGHLIN STOIA GELLER
                                       RUDMAN & ROBBINS LLP
12                                 655 West Broadway, Suite 1900
                                   San Diego, CA  92101-3301
13                                 Telephone:  619/231-1058
                                   619/231-7423 (fax)
14

15                                 E-mail:bgoodman@lerachlaw.com

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 3:06-cv-03468-SI

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Patrice L. Bishop**
  service@ssbla.com

- **Paul J. Collins**
  pcollins@gibsondunn.com

- **Jonathan C. Dickey**
  jdickey@gibsondunn.com

- **Travis E. Downs , III**
  travisd@lerachlaw.com,e_file_sd@lerachlaw.com

- **Benny Copeline Goodman , III**
  bennyg@lerachlaw.com,e_file_sd@lerachlaw.com

- **Shirish Gupta**
  sgupta@mayerbrownrowe.com,jfdavis@mayerbrownrowe.com

- **Frank James Johnson**
  frankj@johnsonbottini.com,brett@johnsonbottini.com,frankb@

- **Geoffrey M. Johnson**
  gjohnson@scott-scott.com,aslaughter@scott-scott.com

- **Jeffrey Kang-Chieh Li**

Case 3:06-cv-03468-SI Document 97   Filed 06/26/2007 Page 7 of 7

Jeff.Li@openwave.com,greg.wrenn@openwave.com

- **Amy S. Park**
  apark@skadden.com,btravalgl@skadden.com,rfrings@Skadden.c

- **David R. Scott**
  drscott@scott-scott.com

- **Arthur L. Shingler , III**
  ashingler@scott-scott.com,ssawyer@scott-scott.com

- **Garrett J. Waltzer**
  gwaltzer@skadden.com,jschilli@skadden.com,wacampbe@skadd

- **Denise V. Zamore**
  dzamore@scott-scott.com,cmcgowan@scott-scott.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

Geoffrey Johnson
Scott + Scott, LLC
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415

Edmund W. Searby
Scott + Scott, LLP
33 River Street
Chagrin Falls, OH 44022