1 │ LERACH COUGHLIN STOIA GELLER
   │   RUDMAN & ROBBINS LLP
2 │ SHAWN A. WILLIAMS (213113)
   │ MONIQUE C. WINKLER (213031)
3 │ AELISH M. BAIG (201279)
   │ 100 Pine Street, Suite 2600
4 │ San Francisco, CA 94111
   │ Telephone: 415/288-4545
5 │ 415/288-4534 (fax)
   │ shawnw@lerachlaw.com
6 │ moniquew@lerachlaw.com
   │ abaig@lerachlaw.com
7 │       – and –
   │ TRAVIS E. DOWNS III (148274)
8 │ BENNY C. GOODMAN III (211302)
   │ MARY LYNNE CALKINS (212171)
9 │ 655 West Broadway, Suite 1900
   │ San Diego, CA 92101
10 │ Telephone: 619-231-1058
   │ 619/231-7423 (fax)
11 │ travisd@lerachlaw.com
   │ bennyg@lerachlaw.com
12 │ mcalkins@lerachlaw.com

13 │ Co-Lead Counsel for Plaintiffs

14 │ [Additional counsel appear on signature page.]

15 │                     UNITED STATES DISTRICT COURT

16 │                   NORTHERN DISTRICT OF CALIFORNIA

17 │ In re OPENWAVE SYSTEMS, INC.        )  Master File No. C-06-03468-SI
   │ SHAREHOLDER DERIVATIVE              )
18 │ LITIGATION                         )  STIPULATION AND [PROPOSED] ORDER
   │                                     )  TO EXTEND TIME
19 │                                     )
   │ This Document Relates To:           )
20 │                                     )
   │       ALL ACTIONS.                  )
21 │                                     )

1    WHEREAS, on December 29, 2006 plaintiffs filed a Consolidated Verified Shareholders

2  Derivative Complaint;

3    WHEREAS, on May 17, 2007 this Court entered an Order dismissing plaintiffs'

4  Consolidated Verified Shareholders Derivative Complaint;

5    WHEREAS, on June 29, 2007 plaintiffs filed an Amended Consolidated Verified

6  Shareholders Derivative Complaint;

7    WHEREAS, on June 26, 2007 this Court entered an Order setting a briefing schedule in this

8  action;

9    WHEREAS, pursuant to the June 26, 2007 Order, defendants filed motions to dismiss on

10  July 31, 2007 and plaintiffs' opposition to the motions to dismiss is due on August 31, 2007;

11    WHEREAS, on August 30, 2007 plaintiffs' counsel sought defendants' counsel's agreement

12  to extend the date by which plaintiffs must file a single consolidated opposition brief by five days;

13  and

14    WHEREAS, defendants' counsel indicated they do not object to a consolidated opposition

15  brief or an extension of time and the parties agreed to a briefing schedule for defendants' reply brief.

16    THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the parties,

17  through their respective counsel of record, as follows:

18    1.    Plaintiffs may file a single consolidated opposition of 50 pages or less to defendants'

19  motions to dismiss by September 5, 2007;

20    2.    Defendants may file any reply briefs by September 26, 2007;

21    3.    The hearing scheduled for October 12, 2007 at 9:00 a.m. will not be affected by this

22  stipulation.

23    IT IS SO STIPULATED.

24  DATED: August 30, 2007                    LERACH COUGHLIN STOIA GELLER
                                                RUDMAN & ROBBINS LLP
25                                          TRAVIS E. DOWNS III
                                            BENNY C. GOODMAN III
26                                          MARY LYNNE CALKINS

27
                                                s/ Benny C. Goodman III
28                                          BENNY C. GOODMAN III

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME - Master File No. C-06-03468-SI    - 1 -

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619-231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
MONIQUE C. WINKLER
AELISH M. BAIG
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

SCOTT + SCOTT LLP
ARTHUR L. SHINGLER III
600 B Street, Suite 1500
San Diego, CA  92101
Telephone:  619/233-4565
619/233-0508 (fax)

Co-Lead Counsel for Plaintiffs

   I, Benny C. Goodman III, am the ECF User whose ID and password are being used to file
this Stipulation and [Proposed] Order to Extend Time.  In compliance with General Order 45, X.B.,
I hereby attest that Garrett J. Waltzer has concurred in this filing.


DATED:  August 30, 2007                SKADDEN, ARPS, SLATE, MEAGHER
                                         & FLOM LLP
                                       GARRETT J. WALTZER



                                           w/ Garrett J. Waltzer
                                         GARRETT J. WALTZER

                                       525 University Avenue, Suite 1100
                                       Palo Alto, CA  94301
                                       Telephone:  650/470-4500
                                       650/470-4570 (fax)

                                       Attorneys for Defendants Harold L. Covert, Jr.,
                                       Kenneth D. Denman, Roger L. Evans, Bo C.
                                       Hedfors, Gerald Held, Masood Jabbar, Bernard
                                       M. Puckett, Andrew W. Verhalen and Alain
                                       Rossmann

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME - Master File No. C-06-03468-SI        - 2 -

1    *I, Benny C. Goodman III, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order to Extend Time.  In compliance with General Order 45, X.B.,*
2    *I hereby attest that Paul J. Collins has concurred in this filing.*

3    DATED:  August 30, 2007                           GIBSON, DUNN & CRUTCHER LLP
                                                        PAUL J. COLLINS
4

5
                                                           s/ Paul J. Collins
6                                                          PAUL J. COLLINS

7                                                       1881 Page Mill Road
                                                        Palo Alto, CA  94304
8                                                       Telephone:  650/849-5300
                                                        650/849-5333 (fax)
9
                                                        Attorneys for Nominal Defendant Openwave
10                                                      Systems, Inc.

11   *I, Benny C. Goodman III, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order to Extend Time.  In compliance with General Order 45, X.B.,*
12   *I hereby attest that Lee H. Rubin has concurred in this filing.*

13   DATED:  August 30, 2007                           MAYER, BROWN, ROWE & MAW LLP
                                                        LEE H. RUBIN
14

15
                                                           s/ Lee H. Rubin
16                                                         LEE H. RUBIN

17                                                      Two Palo Alto Square, Suite 300
                                                        Palo Alto, CA  94306
18                                                      Telephone:  650/331-2000
                                                        650/331-2060 (fax)
19
                                                        Attorneys for Defendants Alan J. Black, Kevin J.
20                                                      Kennedy, Donald J. Listwin, Michael C. Mulica,
                                                        Joshua A. Pace, Steve Peters, David C.
21                                                      Peterschmidt, Allen E. Snyder and Simon
                                                        Wilkinson
22                                      *       *       *

23                                        **O R D E R**

24        PURSUANT TO STIPULATION, IT IS SO ORDERED.

25   DATED:  _____          _____
26                                             THE HONORABLE SUSAN ILLSTON
                                               UNITED STATES DISTRICT JUDGE
27   S:\CasesSD\Openwave Derivative\STP00045003-ext.doc

28

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME - Master File No. C-06-03468-SI        - 3 -

1      <u>CERTIFICATE OF SERVICE</u>

2          I hereby certify that on August 30, 2007, I electronically filed the foregoing with the Clerk of

3   the Court using the CM/ECF system which will send notification of such filing to the e-mail

4   addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5   mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6   participants indicated on the attached Manual Notice List.

7          I certify under penalty of perjury under the laws of the United States of America that the

8   foregoing is true and correct.  Executed on August 30, 2007.

9
                                                    s/ Benny C. Goodman III
10                                                   BENNY C. GOODMAN III

11                                                   LERACH COUGHLIN STOIA GELLER
                                                          RUDMAN & ROBBINS LLP
12                                                   655 West Broadway, Suite 1900
                                                     San Diego, CA  92101-3301
13                                                   Telephone:  619/231-1058
                                                     619/231-7423 (fax)
14                                                   E-mail:bgoodman@lerachlaw.com

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 3:06-cv-03468-SI

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Patrice L. Bishop**
  service@ssbla.com

- **Paul J. Collins**
  pcollins@gibsondunn.com

- **Jonathan C. Dickey**
  jdickey@gibsondunn.com

- **Travis E. Downs , III**
  travisd@lerachlaw.com,e_file_sd@lerachlaw.com

- **Ian N. Feinberg**
  ifeinberg@mayerbrownrowe.com,ericevans@mayerbrownrowe.com,cpohorski@mayerbrownrowe.com

- **Benny Copeline Goodman , III**
  bennyg@lerachlaw.com,e_file_sd@lerachlaw.com

- **Shirish Gupta**
  sgupta@mayerbrownrowe.com,msamora@mayerbrownrowe.com

- **Frank James Johnson**
  frankj@johnsonbottini.com,brett@johnsonbottini.com,frankb@johnsonbottini.com,emily@johnsonbottini.com

- **Geoffrey M. Johnson**
  gjohnson@scott-scott.com,aslaughter@scott-scott.com

- **Jeffrey Kang-Chieh Li**
  Jeff.Li@openwave.com,greg.wrenn@openwave.com

- **Amy S. Park**
  apark@skadden.com,btravalgl@skadden.com,wacampbe@skadden.com,bfry@skadden.com

- **David R. Scott**
  drscott@scott-scott.com

- **Arthur L. Shingler , III**
  ashingler@scott-scott.com,ssawyer@scott-scott.com

- **Garrett J. Waltzer**
  gwaltzer@skadden.com,jschilli@skadden.com,rteich@skadden.com

- **Denise V. Zamore**
  dzamore@scott-scott.com,cmcgowan@scott-scott.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to

create notices or labels for these recipients.

**Geoffrey Johnson**
Scott + Scott, LLC
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415

**Edmund W. Searby**
Scott + Scott, LLP
33 River Street
Chagrin Falls, OH 44022