| | |
|---|---|
| 1 | MAYER BROWN LLP |
| 2 | IAN N. FEINBERG (SBN 88324)<br>LEE H. RUBIN (SBN 141331) |
| 3 | SHIRISH GUPTA (SBN 205584)<br>Two Palo Alto Square, Suite 300 |
| 4 | Palo Alto, CA 94306<br>Telephone: (650) 331-2000 |
| 5 | Facsimile: (650) 331-2060 |
| 6 | Attorneys for Defendants<br>David Peterschmidt, Donald Listwin, Joshua |
| 7 | Pace, Steven Peters, Al Snyder, Simon<br>Wilkinson, Alan Black |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: OPENWAVE SYSTEMS, INC.<br>SHAREHOLDER DERIVATIVE<br>LITIGATION | Master File No. 06-CV-03468-SI<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO EXTEND TIME** |
| This Document Relates To:<br><br>ALL ACTIONS | |

| | |
|---|---|
| 1 | WHEREAS, on December 29, 2006, plaintiffs filed a Consolidated Verified Shareholders |
| 2 | Derivative Complaint; |
| 3 | WHEREAS, on May 17, 2007, this Court entered an Order dismissing plaintiffs' |
| 4 | Consolidated Verified Shareholders Derivative Complaint; |
| 5 | WHEREAS, on June 29, 2007, plaintiffs filed an Amended Consolidated Verified |
| 6 | Shareholders Derivative Complaint; |
| 7 | WHEREAS, on June 26, 2007, this Court entered an Order setting a briefing schedule in |
| 8 | this action; |
| 9 | WHEREAS, pursuant to the June 26, 2007 Order, defendants filed motions to dismiss on |
| 10 | July 31, 2007 and per this Court's subsequent Order, plaintiffs' opposition to the motions to |
| 11 | dismiss was filed on September 5, 2007; |
| 12 | WHEREAS, on September 21, 2007 defendants' counsel sought plaintiffs' counsel's |
| 13 | agreement to extend the date by which defendants must file their replies in support of their |
| 14 | motions to dismiss to October 1, 2007; and |
| 15 | WHEREAS, plaintiffs' counsel indicated they do not object to an extension of time and |
| 16 | the parties have agreed to a briefing schedule for defendants' reply briefs. |

THEREFORE, it is hereby stipulated and agreed by plaintiffs and defendants, through their respective counsel of record, as follows:

1) Defendants may file any reply briefs in support of their pending motions to dismiss by October 1, 2007; and

2) The hearing scheduled for October 12, 2007 at 9:00 a.m. will not be affected by this stipulation.

IT IS SO STIPULATED.

DATED: September 24, 2007

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
BENNY C. GOODMAN III
THOMAS G. WILHELM

By:     /s/ Benny C. Goodman
            Benny C. Goodman

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619-231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
MARIA V. MORRIS
MONIQUE C. WINKLER
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

SCOTT + SCOTT, LLC
ARTHUR L. SHINGLER III
600 B Street, Suite 1500
San Diego, CA 92101
Telephone: 619/233-4565
619/233-0508 (fax)

Co- Lead Counsel for Plaintiffs

DATED: September 24, 2007

SKADDEN, ARPS, SLATE, MEAGHER &
  FLOM LLP
GARRETT J. WALTZER

| | |
|---|---|
| 1 | |
| 2 | By: _____/s/ Garrett J. Waltzer_____<br>Garrett J. Waltzer |
| 3 | |
| 4 | 525 University Avenue<br>Suite 1100<br>Palo Alto, California 94301<br>Telephone: 650/470-4500<br>650/470-4570 (fax) |
| 5 | |
| 6 | |
| 7 | Attorneys for Defendants Harold Covert, Kenneth Denman, Roger L. Evans, Bo Hedfors, Gerald Held, Masood Jabbar, Bernard Puckett, Alain Rossmann and Andrew Verhalen |
| 8 | |
| 9 DATED: September 24, 2007 | |
| 10 | GIBSON, DUNN & CRUTCHER LLP<br>PAUL J. COLLINS |
| 11 | By: _____/s/ Paul J. Collins_____<br>Paul J. Collins |
| 12 | |
| 13 | 1881 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: 650/849-5300<br>650/849-5333 (fax) |
| 14 | |
| 15 | Attorneys for Defendants Nominal Defendant Openwave Systems, Inc. |
| 16 DATED: September 24, 2007 | |
| 17 | MAYER BROWN LLP<br>LEE H. RUBIN |
| 18 | By: _____/s/ Lee H. Rubin_____<br>Lee H. Rubin |
| 19 | |
| 20 | Two Palo Alto Square, Suite 300<br>Palo Alto, CA 94306<br>Telephone: 650/331-2000<br>650/331-2060 (fax) |
| 21 | |
| 22 | Attorneys for Defendants Alan J. Black, Kevin J. Kennedy, Donald Listwin, Michael C. Mulica, Joshua A. Pace, Steven Peters, David Peterschmidt, Allen E. Snyder and Simon Wilkinson |
| 23 | |
| 24 | |

*Filer's Attestation:* Pursuant to General Order No. 45, Section X(B), Lee H. Rubin hereby attests that the signatories' concurrence in the filing of this document has been obtained.

100304669_1.DOC

---

3

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME
Master File No. C:06-CV-03468 SI

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____     _____
                             Judge Susan Illston

---

4

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME
Master File No. C:06-CV-03468 SI