MAYER BROWN LLP
IAN N. FEINBERG (SBN 88324)
LEE H. RUBIN (SBN 141331)
SHIRISH GUPTA (SBN 205584)
Two Palo Alto Square, Suite 300
Palo Alto, CA 94306
Telephone: (650) 331-2000
Facsimile: (650) 331-2060

Attorneys for Defendants
David Peterschmidt, Donald Listwin, Joshua
Pace, Steven Peters, Al Snyder, Simon
Wilkinson, Alan Black

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: OPENWAVE SYSTEMS, INC. SHAREHOLDER DERIVATIVE LITIGATION | Master File No. 06-CV-03468-SI |
| | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME** |
| This Document Relates To: ALL ACTIONS | |

PADB01 44040631

1    WHEREAS, on December 29, 2006, plaintiffs filed a Consolidated Verified Shareholders

2    Derivative Complaint;

3    WHEREAS, on May 17, 2007, this Court entered an Order dismissing plaintiffs'

4    Consolidated Verified Shareholders Derivative Complaint;

5    WHEREAS, on June 29, 2007, plaintiffs filed an Amended Consolidated Verified

6    Shareholders Derivative Complaint;

7    WHEREAS, on June 26, 2007, this Court entered an Order setting a briefing schedule in

8    this action;

9    WHEREAS, pursuant to the June 26, 2007 Order, defendants filed motions to dismiss on

10   July 31, 2007 and per this Court's subsequent Order, plaintiffs' opposition to the motions to

11   dismiss was filed on September 5, 2007;

12   WHEREAS, on September 21, 2007 defendants' counsel sought plaintiffs' counsel's

13   agreement to extend the date by which defendants must file their replies in support of their

14   motions to dismiss to October 1, 2007; and

15   WHEREAS, plaintiffs' counsel indicated they do not object to an extension of time and

16   the parties have agreed to a briefing schedule for defendants' reply briefs.

17

18

19

20

21

22

23

24

25

26

27

28

1

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME
Master File No. C:06-CV-03468 SI

1

2         THEREFORE, it is hereby stipulated and agreed by plaintiffs and defendants, through

3  their respective counsel of record, as follows:

4       1)     Defendants may file any reply briefs in support of their pending motions to

5  dismiss by October 1, 2007; and

6       2)     The hearing scheduled for October 12, 2007 at 9:00 a.m. will not be affected by

7  this stipulation.

8       IT IS SO STIPULATED.

9

10  DATED:  September 24, 2007

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
BENNY C. GOODMAN III
THOMAS G. WILHELM

By:     /s/ Benny C. Goodman
        Benny C. Goodman

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619-231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
MARIA V. MORRIS
MONIQUE C. WINKLER
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

SCOTT + SCOTT, LLC
ARTHUR L. SHINGLER III
600 B Street, Suite 1500
San Diego, CA 92101
Telephone: 619/233-4565
619/233-0508 (fax)

Co- Lead Counsel for Plaintiffs

DATED:  September 24, 2007

SKADDEN, ARPS, SLATE, MEAGHER &
  FLOM LLP
GARRETT J. WALTZER

2

1

2  By: _____/s/ Garrett J. Waltzer_____
        Garrett J. Waltzer

3

4  525 University Avenue
   Suite 1100
   Palo Alto, California 94301
5  Telephone:  650/470-4500
   650/470-4570 (fax)

6

7  Attorneys for Defendants  Harold Covert,
   Kenneth Denman, Roger L. Evans, Bo
   Hedfors, Gerald Held, Masood Jabbar, Bernard
8  Puckett, Alain Rossmann and Andrew
   Verhalen

9  DATED:  September 24, 2007

10                              GIBSON, DUNN & CRUTCHER LLP
                                PAUL J. COLLINS

11                              By: _____/s/ Paul J. Collins_____
                                        Paul J. Collins

12

13                              1881 Page Mill Road
                                Palo Alto, CA  94304
                                Telephone:  650/849-5300
14                              650/849-5333 (fax)

15                              Attorneys for Defendants Nominal Defendant
                                Openwave Systems, Inc.

16  DATED:  September 24, 2007

17                              MAYER BROWN LLP
                                LEE H. RUBIN

18                              By: _____/s/ Lee H. Rubin_____
                                        Lee H. Rubin

19

20                              Two Palo Alto Square, Suite 300
                                Palo Alto, CA  94306
                                Telephone:  650/331-2000
21                              650/331-2060 (fax)

22                              Attorneys for Defendants Alan J. Black, Kevin
                                J. Kennedy, Donald Listwin, Michael C.
23                              Mulica, Joshua A. Pace, Steven Peters, David
                                Peterschmidt, Allen E. Snyder and Simon
24                              Wilkinson

25  *Filer's Attestation:  Pursuant to General Order No. 45, Section X(B), Lee H. Rubin hereby
   attests that the signatories' concurrence in the filing of this document has been obtained.*

26  100304669_1.DOC

27

28
                                        3

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
Judge Susan Illston

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME
Master File No. C:06-CV-03468 SI