COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS (213113)
JOHN K. GRANT (169813)
AELISH M. BAIG (201279)
SUZANNE H. STEVENS (247067)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@csgrr.com
johnkg@csgrr.com
abaig@csgrr.com
sstevens@csgrr.com

SCOTT + SCOTT LLP
ARTHUR L. SHINGLER III (181719)
600 B Street, Suite 1500
San Diego, CA  92101
Telephone:  619/233-4565
619/233-0508 (fax)
ashingler@scott-scott.com

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re OPENWAVE SYSTEMS, INC. SHAREHOLDER DERIVATIVE LITIGATION | ) ) ) ) ) ) |
| This Document Relates To:<br><br>　　ALL ACTIONS. | ) ) ) ) |

Master File No. C-06-03468-SI

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON CASE MANAGEMENT CONFERENCE

1  WHEREAS, on February 13, 2008 this Court issued a Notice scheduling a Case Management
2  Conference ("CMC") hearing on Friday March 28, 2008, at 2:00 pm;
3  WHEREAS, plaintiffs subsequently filed a Motion to Stay Consolidated Derivative Action
4  Pending the Consideration of a Demand Pursuant to Rule 23.1 and Delaware Law on the Board of
5  Directors of Nominal Party Openwave Systems, Inc. ("Motion to Stay") on March 10, 2008;
6  WHEREAS, the hearing on the Motion to Stay is currently scheduled for April 18, 2008 at
7  9:00 a.m.; and
8  WHEREAS, the parties have met and conferred and have agreed, subject to Court approval,
9  to modify the scheduled date for the CMC hearing.
10  THEREFORE, IT IS, HEREBY STIPULATED AND AGREED by and among the parties
11  through their respective counsel of record as follows:
12  The CMC hearing scheduled for March 28, 2008 at 9:00 a.m. shall be continued until April
13  18, 2008 at 2:30 p.m.
14  IT IS SO STIPULATED.

DATED: March 21, 2008                    COUGHLIN STOIA GELLER
                                           RUDMAN & ROBBINS LLP
                                         SHAWN A. WILLIAMS
                                         JOHN K. GRANT
                                         AELISH M. BAIG
                                         SUZANNE H. STEVENS


                                               s/ Susanne H. Stevens
                                             SUZANNE H. STEVENS

                                         100 Pine Street, Suite 2600
                                         San Francisco, CA  94111
                                         Telephone:  415/288-4545
                                         415/288-4534 (fax)

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON CASE MANAGEMENT
CONFERENCE - Master File No. C-06-03468-SI                                                      - 1 -

| | |
|---|---|
| 1 | |
| 2 | COUGHLIN STOIA GELLER <br>   RUDMAN & ROBBINS LLP |
| 3 | TRAVIS E. DOWNS III <br> KATHLEEN A. HERKENHOFF |
| 4 | JAMES I. JACONETTE <br> ANDREW J. BROWN |
| 5 | BENNY C. GOODMAN III <br> MARY LYNNE CALKINS |
| 6 | 655 West Broadway, Suite 1900 <br> San Diego, CA 92101 |
| 7 | Telephone: 619-231-1058 <br> 619/231-7423 (fax) |
| 8 | SCOTT + SCOTT LLP |
| 9 | ARTHUR L. SHINGLER III <br> 600 B Street, Suite 1500 |
| 10 | San Diego, CA 92101 <br> Telephone: 619/233-4565 |
| 11 | 619/233-0508 (fax) |
| 12 | Co-Lead Counsel for Plaintiffs |

*I, Suzanne H. Stevens, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order to Continue Hearing on Case Management Conference. In compliance with General Order 45, X.B., I hereby attest that Amy S. Park has concurred in this filing.*

DATED: March 21, 2008                  SKADDEN, ARPS, SLATE, MEAGHER
                                                             &FLOM LLP
                                                             AMY S. PARK

                                                        s/ Amy S. Park (signed with permission)
                                                                 AMY S. PARK

                                                        300 S. Grand Avenue, Suite 3400
                                                        Los Angeles, CA 90071
                                                        Telephone: 213/687-5000
                                                        213/687-5600 (fax)

                                                        Attorneys for Defendants Harold Covert,
                                                        Kenneth Denman, Roger L. Evans, Bo Hedfors,
                                                       Gerald Held, Masood Jabbar, Bernard Puckett,
                                                       Alain Rossman and Andrew Verhalen

*I, Suzanne H. Stevens, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order to Continue Hearing on Case Management Conference. In compliance with General Order 45, X.B., I hereby attest that Lee H. Rubin has concurred in this filing.*

DATED: March 21, 2008                MAYER BROWN LLP
                                     IAN N. FEINBERG
                                     LEE H. RUBIN
                                     SHIRISH GUPTA


                                          s/ Shirish Gupta (signed with permission)
                                                 SHIRISH GUPTA

                                     Two Palo Alto Square, Suite 300
                                     3000 El Camino Real
                                     Palo Alto, CA  94306
                                     Telephone:  650/331-2000
                                     650/331-2060 (fax)

                                     Attorneys for Alan J. Black, Kevin J. Kennedy,
                                     Donald Listwin, Michael C. Mulica, Joshua A.
                                     Pace, Steve Peters, David Peterschmidt, Allen E.
                                     Snyder and Simon Wilkinson

*I, Suzanne H. Stevens, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order to Continue Hearing on Case Management Conference. In compliance with General Order 45, X.B., I hereby attest that Paul J. Collins has concurred in this filing.*

DATED: March 21, 2008                GIBSON, DUNN & CRUTCHER LLP
                                     JONATHAN C. DICKEY
                                     PAUL J. COLLINS
                                     MATTHEW E. LILLY
                                     FREDRICK C. CROMBIE


                                          s/ Paul J. Collins (singed with permission)
                                                 PAUL J. COLLINS

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON CASE MANAGEMENT
CONFERENCE - Master File No. C-06-03468-SI                                     - 3 -

|   |   |
|---|---|
| 1 | |
| 2 | 1881 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: 650/849-5300 |
| 3 | 650/849-5333 (fax) |
| 4 | Attorneys for Nominal Defendant<br>Openwave Systems Inc. |
| 5 | |
| 6 | \* \* \* |
| 7 | **O R D E R** |
| 8 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 9 | DATED: _____ _____ |
|    | THE HONORABLE SUSAN ILLSTON<br>UNITED STATES DISTRICT JUDGE |

T:\CasesSF\Openwave Derivative\S_O00050096_continue hearing.doc

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON CASE MANAGEMENT
CONFERENCE - Master File No. C-06-03468-SI                                                                    - 4 -

|   |   |
|---|---|
| 1 | <u>CERTIFICATE OF SERVICE</u> |
| 2 | I hereby certify that on March 21, 2008, I electronically filed the foregoing with the Clerk of |
| 3 | the Court using the CM/ECF system which will send notification of such filing to the e-mail |
| 4 | addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have |
| 5 | mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF |
| 6 | participants indicated on the attached Manual Notice List. |
| 7 | I certify under penalty of perjury under the laws of the United States of America that the |
| 8 | foregoing is true and correct. Executed on March 21, 2008. |

                                                                                                                     s/ Suzanne H. Stevens
                                                                                                                     SUSANNE H. STEVENS

                                                                                                                     COUGHLIN STOIA GELLER
                                                                                                                             RUDMAN & ROBBINS LLP
                                                                                                                     100 Pine Street, 26th Floor
                                                                                                                     San Francisco, CA  94111
                                                                                                                     Telephone: 415/288-4545
                                                                                                                     415/288-4534 (fax)

                                                                                                                     E-mail:sstevens@csgrr.com

# Mailing Information for a Case 3:06-cv-03468-SI

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Patrice L. Bishop**
  service@ssbla.com

- **Paul J. Collins**
  pcollins@gibsondunn.com

- **Fredrick Carl Crombie**
  fcrombie@gibsondunn.com

- **Jonathan C. Dickey**
  jdickey@gibsondunn.com

- **Travis E. Downs , III**
  travisd@csgrr.com,e_file_sd@csgrr.com

- **Ian N. Feinberg**
  ifeinberg@mayerbrown.com,ericevans@mayerbrownrowe.com,cpohorski@mayerbrownrowe.com

- **Benny Copeline Goodman , III**
  bennyg@csgrr.com,e_file_sd@csgrr.com

- **Shirish Gupta**
  sgupta@mayerbrown.com,msamora@mayerbrownrowe.com

- **James Ian Jaconette**
  jamesj@csgrr.com,e_file_sd@csgrr.com

- **Frank James Johnson**
  frankj@johnsonbottini.com,brett@johnsonbottini.com,frankb@johnsonbottini.com,trisha@johnsonbottini.com

- **Geoffrey M. Johnson**
  gjohnson@scott-scott.com,aslaughter@scott-scott.com

- **Jeffrey Kang-Chieh Li**
  Jeff.Li@openwave.com,greg.wrenn@openwave.com

- **Amy S. Park**
  apark@skadden.com,btravalgl@skadden.com,wacampbe@skadden.com,bfry@skadden.com

- **Lee H. Rubin**
  lrubin@mayerbrown.com

- **David R. Scott**
  drscott@scott-scott.com

- **Arthur L. Shingler , III**
  ashingler@scott-scott.com,ssawyer@scott-scott.com

- **Suzanne Heald Stevens**
  sstevens@csgrr.com

- **Garrett J. Waltzer**
  gwaltzer@skadden.com,jschilli@skadden.com

- **Denise V. Zamore**
  dzamore@scott-scott.com,cmcgowan@scott-scott.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Geoffrey Johnson
Scott + Scott, LLC
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415

Edmund W. Searby
Scott + Scott, LLP
33 River Street
Chagrin Falls, OH 44022
```