IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re OPENWAVE SYSTEMS, INC., SHAREHOLDER DERIVATIVE LITIGATION _____/ | No. C 06-03468 SI  **JUDGMENT** |

This Document Relates To:

    ALL ACTIONS.

_____/

Defendant's motion for entry of judgment has been granted. Judgment is entered accordingly.

**IT IS SO ORDERED.**

Dated: August 13, 2008

SUSAN ILLSTON
United States District Judge